1023

Steamship WALTER A. LUCKENBACH, Her
Engines, etc.

LUCKENBACH STEAMSHIP COMPANY,
Inc., Cross-Libelant, v. UNITED STATES,
Cross-Respondent.

Circuit Court of Appeals, Second Circuit. January 6, 1930.

Nos. 115, 116.

Charles H. Tuttle, U. S. Atty., of New York City (Charles E. Wythe, Sp, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Carter & Phillips, of New York City (Robert Phillips, of New York City, of counsel), for appellee Luckenbach S. S. Co., Inc.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decrees affirmed.

Frank WEATHERSBEE, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fifth Circuit. January 25, 1930.

No. 5610.

Charles D. Russell, of Savannah, Ga. (Russell & Herzog, of Savannah, Ga., on the brief), for appellant.

Charles L. Redding, U. S. Atty., of Savannah, Ga. (Harry M. Wilson, Asst. U. S. Atty., of Savannah, Ga., on the brief), for the United States.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

WILSON BANKING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Fifth Circuit. February 4, 1930.

No. 5496.

St. Clair Adams, of New Orleans, La., for petitioner.

C. M. Charest, Gen. Counsel, and Irwin R. Blaisdell, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., opposed.

PER CURIAM. In the above entitled and numbered cause, comes the respondent, Commissioner of Internal Revenue, by his attorneys, G. A. Youngquist, Esq., Assistant Attorney General, and C. M. Charest, Esq., General Counsel, Bureau of Internal Revenue, and confesses that in the record and proceedings had before the United States Board of Tax Appeals there is reversible error, in so far as the decision of the board is based upon the view that section 278 of the Revenue Act of 1924 (43 Stat. 299) enlarges the time within which collection may be made where assessment of the tax was made prior to the effective date of the Revenue Act of 1924. Because of said error so confessed, it is ordered, adjudged, and decreed that the judgment of said United States Board of Tax Appeals in said cause be and the same is reversed, and that said cause be and it is hereby remanded to said United States Board of Tax Appeals for further proceedings.

It is further ordered that the mandate of this court issue forthwith.